AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00448 |
| Kenneth Joseph Owen Thomas | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/25/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Kenneth Joseph Owen Thomas,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 USC 1752(a)(4) - Engaging Physical Violence in Restricted Building or on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds.

Date: 05/25/2021                                                                                   2021.05.25 15:50:29 -04'00'
                                                                                                    *Issuing officer's signature*

City and state:   Washington, D.C.                                      Zia M. Faruqui, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/25/2021, and the person was arrested on *(date)* 05/26/2021
at *(city and state)* Huntsville, Alabama

Date: 05/26/2021                                            SA [signature] Wild
                                                                                *Arresting officer's signature*

                                                                Russell Wild, Special Agent
                                                                                *Printed name and title*